# Court of Appeals
# of the State of Georgia

ATLANTA,  November 12, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1888.  SHERRAINE HOUSTON et al. v. HILTON WORLDWIDE, INC. et al.**

Upon consideration of the parties' Consent Motion to Withdraw Appeal, it is ordered that the motion be hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/12/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*